# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
### MEETING OF CREDITORS

In re:

**DELHI OSORIO RIVERA**   Case No. **19-02481-BKT**

Chapter 13   Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO***

---

**I. Appearances**

| | | | |
|---|---|---|---|
| **Debtor** | [X] Present | [ ] Absent | |
| **Joint Debtor** | [ ] Present | [ ] Absent | |
| **Attorney for Debtor** | [X] Present | [ ] Absent | |

[ ] Prose

[X] Appearing:   Ada N Henriquez

**Date & Time:**   6/11/2019  10:13:00AM

[X] R    [ ] NR    LV:  $0.00

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

Money Express by Ms. Ivelisse Romero

---

**II. Oath Administered**

[X] Yes    [ ] No

---

**III. Plan**

Date:  05/02/2019   Base:   $9,000.00   Payments 1 made out of  1 due.

Confirmation Hearing Date:   7/12/2019  2:30:00PM

Evidence of Pmt shown:

---

**Attorney's fees as per R. 2016(b)**

$3,000.00  -  $82.00   = $2,918.00

---

**IV. Status of Meeting**

[X] Closed     [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**DELHI OSORIO RIVERA**  Case No.  **19-02481-BKT**

Chapter 13    Attorney Name:    **ROBERTO FIGUEROA CARRASQUILLO***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br><br>[ ] Unfair discrimination<br><br>[ ] Fails disposable income<br><br>[ ] Fails liquidation value test<br><br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>  [ ] State  - years<br><br><br>  [ ] Federal  - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>  [ ] Premises<br>  [ ] Vehicle(s):<br>  [ ] Licenses issued by: |

In re:

**DELHI OSORIO RIVERA**                          Case No.   **19-02481-BKT**

                             **Chapter 13**   Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO\***

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 3**

**Household size: 2**

**Disp. Income under 1325(b)(2):**

Debtor(s) made aware of plan's tax refund provision to increase pay-out to creditors.

I reviewed documentary evidence on the filing of the 2015 thru 2018 state income tax returns.

Counsel reports a liquidation value of zero and trustee concurs.

Debtor told of the continuing obligation during the term of the plan to report immediately, thru counsel, any changes in financial/economic circumstances, such as, but not limited to, increases/decreases in income, acquisition of assets/property by whatever means.

Debtor(s) advised that if for any month a payment is made in an amount different than scheduled (higher, lower, corresponding to a tax refund, bonus, or otherwise) he, she, they must so state when making the payment.

**INSUFFICIENT FUNDED, §1325 (b):**

a. Plan is insufficiently funded taking into consideration maturity date disclosed in proof of claim by Reliable.

b. Insurance quote submitted discloses MD of 7/2021, while proof of claim by Reliable shows 4/2021

**OTHER:**

a. SOFA, item #9 discloses debtor's claim against CFSE re: benefits claim; status: pending   States she currently does not have any claim before this agency.

**1. FEASIBILITY, 11 USC §1325 (a)(6):**
Per pay stubs submitted (from Oct thru March 2019) debtor's average gross income is $1,700 not, $2,333.33. It is noted that Form 122C reflects $1,833.33.

**2. FAILS DISPOSABLE INCOME TEST, §1325(b)(1)(B):**

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**DELHI OSORIO RIVERA**　　　　　　　　　　　　　　Case No.　**19-02481-BKT**

　　　　　　　　　　　　　　**Chapter 13**　　Attorney Name:　**ROBERTO FIGUEROA CARRASQUILLO***

a) **Missing April 2019 pay stubs.**

**The following party(ies) object(s) confirmation:**

　**s/Alejandro Oliveras**　　　　　　　　　　　　　　　Date:　　06/11/2019

　**Trustee/Presiding Officer**　　　　　　　　　　　　　　　　　　　　　(Rev. 05/13)