IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

DELHI OSORIO RIVERA

DEBTOR

CASE NO 19-02481 BKT

CHAPTER 13

**DEBTOR'S REPLY TO *TRUSTEE'S OBJECTION TO CONFIRMATION*
DOCKET NO. 9**

TO THE HONORABLE COURT:

**COMES NOW, DELHI OSORIO RIVERA,** the Debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

**1.** The Chapter 13 Trustee filed a *Trustee's Report of Action Taken Meeting of Creditors and Objection to Confirmation,* Docket No. 9, objecting the confirmation of Debtor's proposed Chapter 13 Plan (Docket No. 3), basically stating the following:

---that the Plan is insufficiently funded considering a claim filed by Reliable;

---that a insurance quote states a different maturity date than that disclosed in a claim filed by Reliable;

---that SOFA Item #9 discloses a claim against CFSE; and

---that the Debtor's reported gross income is different from the pay stubs submitted.

**2.** The Debtor respectfully states that Reliable/Popular Auto is not a listed creditor in the present case, nor does the Debtor owe any car loan (secured claim) to said creditor. The attached copy of the case claims register does not show a claim filed by Reliable.

**3.** That the Debtor's SOFA, filed at Docket No. 01, does not reflect that the Debtor has a listed claim against CFSE at item #9. At the 341 meeting of creditors the Debtor testified that she did not have said claim as stated by the Chapter 13 Trustee. Attached is copy of the Debtor's *Statement of Financial Affairs* (SOFA) page 3, Item #9, which reflects that the Debtor disclosed that she had no pending administrative or judicial claims.

**4.** That on this same date, June 17, 2019, the Debtor filed an *Amended Form 122C-1*, and also filed *Amended Schedules I & J*, to cure the objections raised by the Chapter 13 Trustee, Docket No. 9, concerning the Debtor's reported gross income, in the above captioned case.

Page -2-
Reply to Trustee's objection
to Plan confirmation
Case no. 19-02481 BKT13

5. The Debtor hereby respectfully responds to the Trustee's objection to Plan confirmation (Docket No. 9), in the above captioned case.

**WHEREFORE**, the Debtor respectfully prays that the Trustee's objection to Plan confirmation, Docket No. 9, be denied and that the Debtor's proposed *Chapter 13 Plan*, Docket No. 3, be confirmed.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and I also certify that I have mailed by United States Postal Service copy of this motion to the following CM/ECF non-participant: the Debtor, Delihi Osorio Rivera, Paseo de la Ceiba 203 Areca Street Juncos PR 00777, in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 17th day of June, 2019.

/s/***Roberto Figueroa Carrasquillo***
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTOR
PO BOX 186 CAGUAS PR 00726-0816
TEL 787-744-7699 FAX 787-746-5294
EMAIL: rfigueroa@rfclawpr.com