**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

**DELHI OSORIO RIVERA**　　　　　　　　　　　　　　Case No.　19-02481-BKT

　　　　　　　　　　　　　Chapter 13　　Attorney Name:　ROBERTO FIGUEROA CARRASQUILLO*

| | |
|---|---|
| **I. Appearances** | **Date & Time:**　6/11/2019 10:13:00AM |
| **Debtor**　　　[X] Present　　[ ] Absent | [X] R　　[ ] NR　　LV:　$0.00 |
| **Joint Debtor**　　[ ] Present　　[ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| **Attorney for Debtor**　[X] Present　[ ] Absent | **Creditors:** |
| [ ] Prose | |
| [X] Appearing:　Ada N Henriquez | **Money Express by Ms. Ivelisse Romero** |
| **II. Oath Administered**　[X] Yes　　[ ] No | |

**III. Plan**

Date:　05/02/2019　　　Base:　$9,000.00　　Payments 1 made out of 1 due.

**Confirmation Hearing Date:**　7/12/2019　2:30:00PM

**Evidence of Pmt shown:**

**Attorney's fees as per R. 2016(b)**

　$3,000.00　-　$82.00　=　$2,918.00

**IV. Status of Meeting**

[X] Closed　　　[ ] Not Held　　　[ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**DELHI OSORIO RIVERA**  Case No. **19-02481-BKT**

Chapter 13   Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO***

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| | [ ] State - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | [ ] Federal - years |
| [ ] Insuarence quote | |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| | [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**DELHI OSORIO RIVERA**   Case No.   **19-02481-BKT**

Chapter 13   Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO***

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

ACP: 3

Household size: 2

Disp. Income under 1325(b)(2):

Debtor(s) made aware of plan's tax refund provision to increase pay-out to creditors.

I reviewed documentary evidence on the filing of the 2015 thru 2018 state income tax returns.

Counsel reports a liquidation value of zero and trustee concurs.

Debtor told of the continuing obligation during the term of the plan to report immediately, thru counsel, any changes in financial/economic circumstances, such as, but not limited to, increases/decreases in income, acquisition of assets/property by whatever means.

Debtor(s) advised that if for any month a payment is made in an amount different than scheduled (higher, lower, corresponding to a tax refund, bonus, or otherwise) he, she, they must so state when making the payment.

1. FEASIBILITY, 11 USC §1325 (a)(6):
Per pay stubs submitted (from Oct thru March 2019) debtor's average gross income is $1,700 not, $2,333.33. It is noted that Form 122C reflects $1,833.33.

2. FAILS DISPOSABLE INCOME TEST, §1325(b)(1)(B):
a) Missing April 2019 pay stubs.
The following party(ies) object(s) confirmation:

s/Alejandro Oliveras   Date:   06/11/2019

Trustee/Presiding Officer   (Rev. 05/13)